

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

RONALD HARDING, §
 §
    Petitioner, §
 §
v. § 2:17-CV-0072
 §
LORIE DAVIS, Director, §
Texas Department of Criminal Justice, §
Correctional Institutions Division, §
 §
    Respondent. §

## ORDER DENYING EXTENSION, OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed an application for a writ of habeas corpus challenging a state prison disciplinary decision. On April 25, 2017, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the habeas application be denied because petitioner is not eligible for mandatory supervised release and did not forfeit any previously accrued good-time credits. On May 5, 2017, petitioner filed objections to the Report and Recommendation.

In his objections petitioner requests additional time to research. The law in the Fifth Circuit is clear, petitioner is not entitled to relief on a challenge to the results of his disciplinary hearing because he is not eligible for release on mandatory supervision and he did not lose any previously earned good-time days as a result of the disciplinary proceeding. Petitioner's request for a thirty day extension to conduct research is unwarranted and is DENIED.

The undersigned United States District Judge has made an independent examination of the

record in this case. Petitioner's objections are OVERRULED, and the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the application for a writ of habeas corpus filed by petitioner is DENIED.

IT IS SO ORDERED.

ENTERED this 15th day of May 2017.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE